**UNITED STATES DISTRICT COURT**
**UNITED STATES OF AMERICA**

     **vs.**

**BAUDELIO RODRIGUEZ**

AUSA Bond Approval: _____

**APPEARANCE BOND**
**FOR CASE NUMBER**   **17-MJ-811**

17CR915 BAS

     I, the undersigned defendant, and we, the sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally are bound to pay the United States of America the sum of $ 5,000 _____, and there has been deposited in the Registry of the Court the sum of $ _____ 3000 in cash or the amount of the bond is secured by _____. (describe other security)

     The conditions of this bond are that the defendant is to appear as ordered by the United States District Court for the Southern District of California at San Diego, and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in the above-entitled matter as may be given or issued by a Federal Judge or by the United States District Court to which the defendant may be removed or the cause transferred; that the defendant is not to depart the State of California, or the jurisdiction of any other United States District Court to which the defendant may be removed or the cause transferred after he has appeared in such other district pursuant to the terms of this bond, except in accordance with such orders or warrants as may be issued by a Federal Judge or the United States District Court for the Southern District of California or the United States District Court for such other district; that the defendant is to abide any judgment entered in such matter by surrendering himself to serve any sentence imposed and obeying any order or direction in connection with such judgment as the court imposing it may prescribe. Further, the conditions of pretrial release set forth in the order filed in this matter and a part of the record therein are further conditions of this bond.

     If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above-entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and by other laws of the United States.

     It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned are duly exonerated by court order.

     This appearance bond fully incorporates by this reference each surety addendum attached hereto for those Sureties to this bond.

This bond signed on March 28, 20 17, at _____ SAN DIEGO

**FILED**

APR 13 2017

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Defendant's Signature: _____

Surety's Signature: Yvonne Rodriguez

Surety's Signature: Freddy Rodriguez

Signature of Witness of Surety' Signature: MARIA ISABEL RODRIGUEZ

Signed and acknowledged before me, the witness, on MARCH 28, 20 17.

Approved: _____, Federal Judge

K:\COMMON\CSA\forms\2005\BondForms.wpd

## ADVICE OF PENALTIES AND SANCTIONS

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. § 3148, and a prosecution for contempt as provided in 18 U.S.C. § 401 which could result in a possible term of imprisonment and/or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not less than two years nor more than ten years, if the offense is a felony; or a term of imprisonment of not less than ninety days nor more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

18 U.S.C. § 1503 makes it a criminal offense punishable by up to five years in jail and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. § 1510 makes it a criminal offense punishable by up to five years in jail and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. § 1512 makes it a criminal offense punishable by up to ten years in prison and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. § 1513 makes it a criminal offense punishable by up to ten years in jail and a $250,000 fine to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. § 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant fails to appear or surrender and the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for another offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

Date: 4-5-17

Signature of Defendant

CASE NAME: United States v **BAUDELIO RODRIGUEZ** CASE NO. **17-MJ-811**

## BAIL INFORMATION SHEET

Defendant Information:

Name: Baudelio Rodriguez

Date of Birth: 10/16/1997      S.S.#:

Immigration status: USC      "A" Number:

Home address: 3600 Arroyo Seco Ave Los Angeles CA 90065      Home phone: (323) 227-6257

Employer's name: None

Employer's address:

Length of employment:      Work phone:

Name(s), address(es), and phone number(s) of person(s) with whom defendant will live during pendency of case. Maria Rodriguez (323) 227-6257

Ivonne Rodriguez (323) 975-3551

Name(s) address(es), and phone number(s) of person(s) residing in United States who will know how to contact defendant; aside from sureties on this bond.

Edgar Rodriguez (323) 747-3670

3600 Arroyo Seco Ave LA CA 90065

Defense Attorney Information:

Name: **KEITH H. RUTMAN**      Address: **501 W. BROADWAY STE 1650**

**SAN DIEGO CA 92101-3541**      Phone: **619-237-9072**

AUSA (initials)








CASE NAME: United States v **BAUDELIO RODRIGUEZ** CASE NO. _____ **17-MJ-811** _____

**SURETY ADDENDUM TO APPEARANCE BOND ( 2 pages)**
(Use separate addendum for each surety)

**ATTACH PHOTOCOPIES OF TWO PIECES OF IDENTIFICATION,
INCLUDING AT LEAST ONE PICTURE I.D. FOR EACH SURETY**

Surety's Name: _Yvonne Rodriguez_

Date of Birth: _12/20/94_ S.S.# _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_

Immigration Status: _US Citizen_ "A" Number" _____

Home address: _3600 Arroyo Seco Ave Los Angeles CA 90065_ Home Phone: _(323) 227-6257_

Surety's relationship to defendant: _Sister_

**EMPLOYMENT AND SALARY INFORMATION:**

Employer's name: _Digital Currency New Tower Chuck Cashing HP_

Employer's address: _5401 N Figueroa St. Los Angeles CA 90042._

Length of employment: _2 months_ Work phone: _(323) 254-9516_

Monthly salary (gross): $ _2,000_

**ADDITIONAL INCOME INFORMATION: (complete if applicable)**

Source of additional income: _N/A_

Amount of additional income: $ _N/A_

**REAL PROPERTY OWNED: (if more than one piece of property is owned please use additional sheet)**

Address: _____

Value of Property: $ _____ Equity in property: $ _____

Holder(s) of trust deed(s): _____

Are payments/taxes current? _____

Is proof of surety's title to property attached? _____ Appraisal? _____

AUSA _____ (initials)   SURETY _YR_ (initials)

Page 1 of 2  Surety Addendum

K:\COMMON\CSA\forms\2005\BondForms.wpd

**AFFIDAVIT BY OWNER OF CASH SECURITY (complete if applicable)**

I, _Yvonne Rodriguez_, on oath say that the $ _3,000 3,000_ cash deposited as security on the foregoing bond is owned by me and is to be returned to me at the address listed on page one of this surety addendum upon exoneration of this bond.

I hereby subject said funds to the provisions of Local Court Rule 67.1 and consent and agree that in case of default or contumacy on the part of the principal, the Court may, upon notice to me of not less than ten days, proceed summarily and render judgment against said cash security in accordance with my obligation herein and award execution thereon.


**JUSTIFICATION OF SURETY AND SURETY  AGREEMENT**

I, _Yvonne Rodriguez_, the undersigned surety, declare under penalty of perjury, that my net worth is the sum of $ _16,000_ and that I have read and understand this two page Surety Addendum in its entirety.  I further understand that  by signing the appearance bond and this surety addendum to the appearance bond, I will be responsible for the defendant's appearances in court and the defendant's compliance with all conditions of release as ordered by the court.  If the defendant does not appear or comply with the conditions of release, I will be required to pay the amount of the bond, any security I have posted may be taken by the Government to satisfy the bond, and a judgment may be entered against me. If judgment is entered against me a Judgment Lien will be filed with the County Recorder in all appropriate counties  for the full amount of the bond.

I declare under the penalty of perjury that all information contained in this bond and on this Surety Addendum is true, accurate, and complete.  (Penalty for false statements: $250,000 fine and/or five years imprisonment, 18 U.S.C. § 1001.)

Signature of surety: _Yvonne Rodriguez_ Date: _03/28/17_

Printed name and address of witness to surety's signature: _Maria I Rodriguez_

_3600 Arroyo Seco Ave Los Angeles CA 90065_

Signature of witness: _MARIA ISABEL RODRIGUEZ_ Date: _03/28/17_

**AUSA** _(initials)_          **DEFENSE ATTORNEY** _(initials)_

Page 2 of 2    Surety Addendum

```
RECEIVED
APR 1 3 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY $3,000.00(2)90319 DEPUTY
```

B3L 010318 001016 0000008578 1

**Earnings Statement**

**ADP**

*DIGITAL CURRENCY SERVICES, INC.*
*500 EAST CARSON PLAZA DR #203*
*CARSON CA 90746*

| | |
|---|---|
| Period Beginning: | 02/01/2017 |
| Period Ending: | 02/14/2017 |
| Pay Date: | 02/17/2017 |

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal:    1
   CA:        1

**IVONNE RODRIGUEZ**
**3600 ARROYO SECO AVE.**
**LOS ANGELES CA 90065**

Social Security Number: XXX-XX-2216

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 61.42 | 675.62 | 675.62 |
| Overtime | 16.5000 | 1.02 | 16.83 | 16.83 |
| **Gross Pay** | | | **$692.45** | 692.45 |

**Important Notes**
COMPANY PH#: 310-518-9441

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -44.75 | 44.75 |
| | Social Security Tax | -42.93 | 42.93 |
| | Medicare Tax | -10.04 | 10.04 |
| | CA State Income Tax | -2.69 | 2.69 |
| | CA SUI/SDI Tax | -6.23 | 6.23 |
| | **Net Pay** | **$585.81** | |
| | **Net Check** | **$585.81** | |

Your federal taxable wages this period are $692.45

© 2000 ADP, LLC.



# Earnings Statement

*DIGITAL CURRENCY SERVICES, INC.*
*500 EAST CARSON PLAZA DR #203*
*CARSON CA 90746*

| | |
|---|---|
| Period Beginning: | 03/01/2017 |
| Period Ending: | 03/15/2017 |
| Pay Date: | 03/20/2017 |

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal:   1
   CA:      1

IVONNE RODRIGUEZ
3600 ARROYO SECO AVE.
LOS ANGELES CA 90065

Social Security Number: XXX-XX-2216

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 95.99 | 1,055.89 | 2,321.77 |
| Overtime | 16.5000 | 12.99 | 214.34 | 279.85 |
| Gross Pay | | | $1,270.23 | 2,601.62 |

**Important Notes**
COMPANY PH#: 310-518-9441

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -131.42 | 213.61 |
| | Social Security Tax | -78.75 | 161.30 |
| | Medicare Tax | -18.41 | 37.72 |
| | CA State Income Tax | -22.13 | 26.34 |
| | CA SUI/SDI Tax | -11.43 | 23.41 |
| | Net Pay | $1,008.09 | |
| | Net Check | $1,008.09 | |

Your federal taxable wages this period are
$1,270.23

© 2000 ADP, LLC


**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

🔊 Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

IVONNE RODRIGUEZ
3600 ARROYO SECO AVE
LOS ANGELES, CA  90065-2408

# Your World Wildlife Fund BofA Core Checking

for December 22, 2016 to January 23, 2017          Account number: 3250 1074 1775

**IVONNE RODRIGUEZ**

## Account summary

| | |
|---|---|
| Beginning balance on December 22, 2016 | $36.30 |
| Deposits and other additions | 312.93 |
| Withdrawals and other subtractions | -143.57 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on January 23, 2017** | **$205.66** |

---

### Here's a tip

Don't miss important account notifications — keep your contact information updated.

It's quick and easy to keep your phone number, email and mailing address up to date. Go to **Profile & Settings** and review your information. You'll help make sure you receive all of your notices and help stay on top of your account.

**Is your contact info up to date? Check now in Online Banking at bankofamerica.com.**

©2016 Bank of America Corporation

SSM-06-16-0154.C  |  ARJLMSYH

# Bank of America 📈

## Your checking account

IVONNE RODRIGUEZ   |   Account # 3250 1074 1775   |   December 22, 2016 to January 23, 2017

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| 12/29/16 | THE HOME DEPOT  12/29 #000285398 REFUND THE HOME DEPOT #6 LOS ANGELES  CA | 17.45 |
| 01/03/17 | BKOFAMERICA ATM 12/30 #000007567 DEPOSIT HIGHLAND PARK        LOS ANGELES  CA | 30.00 |
| 01/03/17 | CG INVESTMENTS  DES:CGIPAYROLL ID:ROD216 INDN:IVONNE RODRIGUEZ        CO  ID:1954719340 PPD | 26.70 |
| 01/20/17 | PAYPAL           DES:TRANSFER  ID:4K4J29ZKB597A INDN:IVONNE RODRIGUEZ        CO  ID:PAYPALSD11 PPD | 50.00 |
| 01/23/17 | BKOFAMERICA ATM 01/21 #000006896 DEPOSIT EAGLE ROCK        LOS ANGELES  CA | 188.78 |
| **Total deposits and other additions** | | **$312.93** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 12/28/16 | COSTCO WHSE #0  12/28 #000256734 PURCHASE COSTCO WHSE #0130 LOS ANGELES  CA | -7.62 |
| 12/29/16 | OFFICE DEPOT 0  12/29 #000516305 PURCHASE OFFICE DEPOT 00 4 LOS ANGELES  CA | -4.34 |
| 12/29/16 | THE HOME DEPOT  12/29 #000665605 PURCHASE THE HOME DEPOT #6 LOS ANGELES  CA | -17.45 |
| 01/03/17 | Online Banking payment to CRD 6845 Confirmation# 1447104664 | -25.00 |
| 01/09/17 | CHECKCARD  0107 JACK IN THE BOX 3343 LOS ANGELES  CA 24435657008400996001927 | -7.37 |
| 01/17/17 | DOLLAR TR 1007  01/16 #000215952 PURCHASE DOLLAR TR 1007 CY  LOS ANGELES  CA | -9.30 |
| 01/17/17 | PLANET FIT         DES:CLUB FEES ID:1701304884307 INDN:IVONNE RODRIGUEZ         CO  ID:1710602737 PPD  PMT INFO:213-699-0030 | -19.99 |
| 01/18/17 | CHECKCARD  0116 CYPRESS LIQUOR LOS ANGELES  CA 24122597017980015700307 | -7.00 |
| 01/23/17 | CHECKCARD  0121 BURGER KING #11053 LOS ANGELES  CA 24186167022286299901068 | -14.62 |
| 01/23/17 | EL SUPER # 18  01/21 #000107288 PURCHASE EL SUPER # 18        HIGHLAND PARK CA | -7.05 |
| 01/23/17 | CHECKCARD  0121 YOGURTLAND CA285 VAN NUYS        CA 24431067022200088300940 | -23.83 |
| **Total withdrawals and other subtractions** | | **-$143.57** |

Thank you for choosing Bank of America.

SSM-08-16-0162.C   |   ARRNPKDC


**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

🔊 Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

IVONNE RODRIGUEZ
3600 ARROYO SECO AVE
LOS ANGELES, CA 90065-2408

➤ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your World Wildlife Fund BofA Core Checking

for January 24, 2017 to February 17, 2017          Account number: 3250 1074 1775

**IVONNE RODRIGUEZ**

## Account summary

| | |
|---|---|
| Beginning balance on January 24, 2017 | $205.66 |
| Deposits and other additions | 40.00 |
| Withdrawals and other subtractions | -218.16 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on February 17, 2017** | **$27.50** |

**PUT DOWN LIMITS.
PICK UP HOPE.**

Join us in celebrating Special Olympics athletes as they represent the United States at the World Winter Games in Austria March 14 to 25.

Together we can put down limits, **#pickuphope** and build a more inclusive world. Learn more at **bankofamerica.com/supportinginclusion**.


**Bank of America**

Premier Sponsor of Special Olympics USA

**SPECIAL OLYMPICS**
**USA**

Bank of America, N.A. ©2017 Bank of America Corporation          SSM-11-16-0077.B | ARDCMD36

**Bank of America** 📈

**Your checking account**

IVONNE RODRIGUEZ  |  Account # 3250 1074 1775  |  January 24, 2017 to February 17, 2017

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| 02/17/17 | BKOFAMERICA ATM 02/17 #000008634 DEPOSIT HIGHLAND PARK      LOS ANGELES  CA | 40.00 |
| **Total deposits and other additions** | | **$40.00** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 01/24/17 | CHEVRON/G&M OI  01/24 #000296898 PURCHASE CHEVRON/G&M OIL C  LOS ANGELES  CA | -20.00 |
| 01/27/17 | CHECKCARD  0125 CIRCLE H. MARKETS LOS ANGELES  CA 24122477026900016400305 | -12.05 |
| 01/27/17 | CHECKCARD  0126 PEPES DRIVE IN DAIRY LOS ANGELES  CA 24755427027730279816550 | -4.09 |
| 01/27/17 | 129SUPERIORGRO  01/27 #000952555 PURCHASE 129SUPERIORGROCE  LOS ANGELES  CA | -66.69 |
| 01/30/17 | MI TIENDA MEAT  01/29 #000598053 PURCHASE MI TIENDA MEATS I  LOS ANGELES  CA | -6.00 |
| 01/31/17 | CHECKCARD  0129 CYPRESS LIQUOR LOS ANGELES  CA 24122597030980015700326 | -7.00 |
| 01/31/17 | CHECKCARD  0130 MCDONALD'S F11377 LOS ANGELES  CA 24427337030720011924006 | -12.35 |
| 02/01/17 | Online Banking payment to CRD 6845 Confirmation# 2900837994 | -25.00 |
| 02/07/17 | TIME WARNER CABL DES:TWC EFTPMT ID:0323897519 SPA  INDN:RODRIGUEZ,IVONNE               CO ID:C844830000 WEB | -44.99 |
| 02/17/17 | PLANET FIT       DES:CLUB FEES  ID:1704707175690  INDN:IVONNE RODRIGUEZ          CO ID:1710602737 PPD  PMT INFO:213-699-0030 | -19.99 |
| **Total withdrawals and other subtractions** | | **-$218.16** |

---



Read our article online:

**"How much do I *really* need to save for retirement?"**

Find out if you're saving enough at **merrilledge.com/howmuch**

MERRILL EDGE
Bank of America
Corporation

Merrill Edge® is available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), and consists of the Merrill Edge Advisory Center™ (investment guidance) and self-directed online investing. MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of Bank of America Corporation. Merrill Lynch, Merrill Edge, the Merrill Edge logo, and Merrill Edge Advisory Center are trademarks of Bank of America Corporation.

| Investment products: | **Are Not FDIC Insured** | **Are Not Bank Guaranteed** | **May Lose Value** | ARPGXDQ5 | SSM-11-16-0060.B |

**Bank of America** 

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

�))  Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

⌁  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

IVONNE RODRIGUEZ
3600 ARROYO SECO AVE
LOS ANGELES, CA 90065-2408

## Your World Wildlife Fund BofA Core Checking

for February 18, 2017 to March 23, 2017          Account number: 3250 1074 1775

**IVONNE RODRIGUEZ**

## Account summary

| | |
|---|---:|
| Beginning balance on February 18, 2017 | $27.50 |
| Deposits and other additions | 1,101.99 |
| Withdrawals and other subtractions | -1,027.51 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on March 23, 2017** | **$101.98** |

---

Here's a tip

Sending money is quick and easy

Use Mobile or Online Banking to send or transfer money:
- Between your Bank of America® bank accounts
- To and from your accounts at other banks
- To someone else

**For more information, including step-by-step videos, go to bankofamerica.com/transfers.**

Fees apply to wires and certain transfers. See the Online Banking Service Agreement at bankofamerica.com/serviceagreement for details. Data connection required for online and mobile transfers. Wireless carrier fees may apply. ©2017 Bank of America Corporation          SSM-11-16-0483.B | ARFPRPTP

**Bank of America** 🇺🇸

**Your checking account**

IVONNE RODRIGUEZ   |   Account # 3250 1074 1775   |   February 18, 2017 to March 23, 2017

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 03/06/17 | BKOFAMERICA ATM 03/05 #000001388 DEPOSIT HIGHLAND PARK      LOS ANGELES  CA | 70.00 |
| 03/10/17 | FRANCHISE TAX BD DES:CASTTAXRFD ID:XXXXXXXXX INDN:IVONNE RODRIGUEZ       CO ID:9282532045 PPD | 120.00 |
| 03/13/17 | IRS  TREAS 310   DES:  TAX REF  ID:625782216200989 INDN:RODRIGUEZ, IVONNE       CO ID:9111736946 PPD | 784.00 |
| 03/16/17 | CHECKCARD  0315 XOOM CORPORATION SAN FRANCISCOCA 7449215707502777663 | 127.99 |
| **Total deposits and other additions** | | **$1,101.99** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 03/06/17 | Online Banking payment to CRD 6845 Confirmation# 2962795429 | -25.00 |
| 03/07/17 | TIME WARNER CABL DES:TWC EFTPMT ID:0323897519 SPA  INDN:RODRIGUEZ,IVONNE       CO ID:C844830000 WEB | -44.99 |
| 03/13/17 | Online Banking payment to CRD 6845 Confirmation# 4223023610 | -40.00 |
| 03/13/17 | CHECKCARD  0311 76 - A & C SERVICE INC LOS ANGELES  CA 24015177070001638081630 | -19.92 |
| 03/13/17 | CHECKCARD  0311 XOOM CORPORATION SAN FRANCISCOCA 24492157071027810684589 | -127.99 |
| 03/13/17 | CHECKCARD  0311 XOOM 877-815-1531 CA 24492157071027907124796 | -6.21 |
| 03/13/17 | CHECKCARD  0311 XOOM CORPORATION SAN FRANCISCOCA 24492157071027810700369 | -34.99 |
| 03/13/17 | CHECKCARD  0312 MCDONALD'S F1304 LOS ANGELES  CA 24427337071720011743463 | -27.79 |
| 03/13/17 | PAYPAL          DES:TRANSFER  ID:4K4J2A3ANLM4Q INDN:IVONNE RODRIGUEZ       CO ID:PAYPALSD22 WEB | -130.00 |
| 03/14/17 | CHECKCARD  0311 PAR FOOD DISTRIBUTERS LOS ANGELES  CA 24767897072505000541444 | -73.93 |
| 03/16/17 | USA 63279          03/16 #000893129 PURCHASE USA 63279          LOS ANGELES  CA | -47.44 |
| 03/17/17 | PLANET FIT          DES:CLUB FEES  ID:1707501804072 INDN:IVONNE RODRIGUEZ       CO ID:1710602737 PPD  PMT INFO:213-699-0030 | -19.99 |
| 03/20/17 | CHECKCARD  0317 REMITLY 877-526-4216 WA 24493987077026784536067 | -153.99 |

continued on the next page

---

### Here's a tip

# Sending money is quick and easy

**Use Mobile or Online Banking to send or transfer money:**
- Between your Bank of America® bank accounts
- To and from your accounts at other banks
- To someone else

**For more information, including step-by-step videos, go to bankofamerica.com/transfers.**

Fees apply to wires and certain transfers. See the Online Banking Service Agreement at bankofamerica.com/serviceagreement for details. Data connection required for online and mobile transfers. Wireless carrier fees may apply. ©2017 Bank of America Corporation                      SSM-11-16-0483.B  |  ARFPRPTP

IVONNE RODRIGUEZ   |   Account # 3250 1074 1775   |   February 18, 2017 to March 23, 2017

## Withdrawals and other subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| 03/20/17 | CHECKCARD 0317 XOOM 877-815-1531 CA 24492157077027932794476 | -6.33 |
| 03/20/17 | BKOFAMERICA ATM 03/18 #000008368 WITHDRWL LINCOLN HEIGHTS   LOS ANGELES   CA | -200.00 |
| 03/20/17 | CHECKCARD 0319 XOOM 877-815-1531 CA 24492157079027939762516 | -6.35 |
| 03/22/17 | CHECKCARD 0321 XOOM CORPORATION SAN FRANCISCOCA 24492157081027798380893 | -60.99 |
| 03/23/17 | CHECKCARD 0321 STAPLES     00102277 LOS ANGELES  CA 24164077081105026147016 | -1.60 |
| **Total withdrawals and other subtractions** | | **-$1,027.51** |






CASE NAME: United States v **BAUDELIO RODRIGUEZ** CASE NO. **17-MJ-811**

### SURETY ADDENDUM TO APPEARANCE BOND ( 2 pages)
(Use separate addendum for each surety)

## ATTACH PHOTOCOPIES OF TWO PIECES OF IDENTIFICATION, INCLUDING AT LEAST ONE PICTURE I.D. FOR EACH SURETY

Surety's Name: Freddy Rodriguez

Date of Birth: 10/28/1995     S.S.#  603 868 253

Immigration Status: US Citizen     "A" Number"

Home address: 2301  Humboldt St  Los Angeles, CA

90031  (Apartment 432) Home Phone:

Surety's relationship to defendant:  Brother

**EMPLOYMENT AND SALARY INFORMATION:**

Employer's name: Freddy Rodriguez

Employer's address: 7312  Walnut Ave  Buena Park, CA 90620

Length of employment: 2 ½ years   Work phone: (714) 994-0170

Monthly salary (gross): $ 2,800

**ADDITIONAL INCOME INFORMATION: (complete if applicable)**

Source of additional income: N/A

Amount of additional income: $ N/A

**REAL PROPERTY OWNED: (if more than one piece of property is owned please use additional sheet)**

Address:

Value of Property: $ _____ Equity in property: $

Holder(s) of trust deed(s):

Are payments/taxes current?

Is proof of surety's title to property attached? _____ Appraisal?

AUSA _____(initials)     SURETY F R (initials)

Page 1 of 2   Surety Addendum









## AFFIDAVIT BY OWNER OF CASH SECURITY (complete if applicable)

I, ~~Freddy Rodriguez~~ , on oath say that the $ _____
cash deposited as security on the foregoing bond is owned by me and is to be returned to me at the address
listed on page one of this surety addendum upon exoneration of this bond.

I hereby subject said funds to the provisions of Local Court Rule 67.1 and consent and agree that in case
of default or contumacy on the part of the principal, the Court may, upon notice to me of not less than ten
days, proceed summarily and render judgment against said cash security in accordance with my obligation
herein and award execution thereon.

## JUSTIFICATION OF SURETY AND SURETY AGREEMENT

I, ~~Freddy Rodriguez~~ , the undersigned surety, declare under penalty of perjury, that
my net worth is the sum of $ ~~$80,000~~ ~~forty $500~~ and that I have read and understand this two
page Surety Addendum in its entirety. I further understand that by signing the appearance bond and this
surety addendum to the appearance bond, I will be responsible for the defendant's appearances in court
and the defendant's compliance with all conditions of release as ordered by the court. If the defendant
does not appear or comply with the conditions of release, I will be required to pay the amount of the bond,
any security I have posted may be taken by the Government to satisfy the bond, and a judgment may be
entered against me. If judgment is entered against me a Judgment Lien will be filed with the County
Recorder in all appropriate counties for the full amount of the bond.

I declare under the penalty of perjury that all information contained in this bond and on this Surety
Addendum is true, accurate, and complete. (Penalty for false statements: $250,000 fine and/or five years
imprisonment, 18 U.S.C. § 1001.)

Signature of surety: ~~Freddy Rodriguez~~     Date: 03/28/17

Printed name and address of witness to surety's signature: Maria I Rodriguez

3600 Arroyo Seco Ave Los Angeles CA 90065

Signature of witness: MARIA ISABEL RODRIGUEZ     Date: 03/28/17

AUSA ____ (initials)          DEFENSE ATTORNEY ____ (initials)

Page 2 of 2     Surety Addendum

**BORBON, INC.**
BUENA PARK, CA 90620

201787

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 32.00 | | 17.54 | 561.28 | | 32.00 | 1.33 | 42.56 | U_Vac | 3-06-17 |

No.     201787

**TOTAL PAY**
603.84

| DEDUCTIONS THIS PERIOD | | | | | | | |
| FWH | 63.29 | MED | 8.75 | SOC | 37.44 | CASDI | 5.43 | CASWH | 10.99 |
| U_Vac | 42.56 | U_Dues | 18.56 | | | | | | |

**TOTAL DEDUCTIONS**
187.02

| EMPLOYEE INFORMATION | YEAR-TO-DATE TOTALS |
| Freddy Rodriguez | GROSS   7356.77  FICA   562.79  SDI   66.19 |
| XXX-XX-8253 | FWH      837.94  SWH   189.96 |

**NET PAY**
416.82

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**BORBON, INC.**
BUENA PARK, CA 90620

202005

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 40.00 | | 18.94 | 757.60 | | 48.00 | 1.35 | 64.80 | U_Vac | 3-13-17 |
| | 8.00 | 28.41 | | 227.28 | | | | | |

No.     202005

**TOTAL PAY**
1049.68

| DEDUCTIONS THIS PERIOD | | | | | | | |
| FWH | 149.94 | MED | 15.22 | SOC | 65.08 | CASDI | 9.45 | CASWH | 43.00 |
| U_Vac | 64.80 | U_Dues | 30.24 | | | | | | |

**TOTAL DEDUCTIONS**
377.73

| EMPLOYEE INFORMATION | YEAR-TO-DATE TOTALS |
| Freddy Rodriguez | GROSS   8406.45  FICA   643.09  SDI   75.64 |
| XXX-XX-8253 | FWH      987.88  SWH   232.96 |

**NET PAY**
671.95

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

**BORBON, INC.**
BUENA PARK, CA 90620

**201568**

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 40.00 | | 17.54 | 701.60 | | 40.00 | 1.33 | 53.20 | U_Vac | 2-27-17 |

No.   201568

**TOTAL PAY**
754.80

| DEDUCTIONS THIS PERIOD | | | | | | | |
| FWH | 85.94 | MED | 10.95 | SOC | 46.80 | CASDI | 6.79 | CASWH | 19.81 |
| U_Vac | 53.20 | U_Dues | 23.20 | | | | | | |

**TOTAL DEDUCTIONS**
246.69

| EMPLOYEE INFORMATION | YEAR-TO-DATE TOTALS |
| Freddy Rodriguez | GROSS | 6752.93 | FICA | 516.60 | SDI | 60.76 |
| XXX-XX-8253 | FWH | 774.65 | SWH | 178.97 | | |

**NET PAY**

508.11

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**BORBON, INC.**
BUENA PARK, CA 90620

**201156**

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 48.00 | | 17.54 | 841.92 | | 48.00 | 1.33 | 63.84 | U_Vac | 2-13-17 |

No.   201156

**TOTAL PAY**
905.76

| DEDUCTIONS THIS PERIOD | | | | | | | |
| FWH | 113.96 | MED | 13.13 | SOC | 56.16 | CASDI | 8.15 | CASWH | 30.34 |
| U_Vac | 63.84 | U_Dues | 27.84 | | | | | | |

**TOTAL DEDUCTIONS**
313.42

| EMPLOYEE INFORMATION | YEAR-TO-DATE TOTALS |
| Freddy Rodriguez | GROSS | 4952.05 | FICA | 378.83 | SDI | 44.56 |
| XXX-XX-8253 | FWH | 557.21 | SWH | 122.65 | | |

**NET PAY**

592.34

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

# Check Activity

Borbon, Inc.

02-17-2017     Page 1

| Check | Period End Date | Regular Pay | Regular Hours | Overtime Pay | Overtime Hours | Other Pay | Gross Pay | Taxes | Other Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| **RODR8253** | **Freddy Rodriguez** | | | | | | | | | |
| 144487 | 09-05-16 | 376.32 | 24.00 | | | 22.08 | 398.40 | 69.83 | 34.32 | 294.25 |
| 144959 | 09-05-16 | 129.20 | 8.00 | | | 6.08 | 135.28 | 12.98 | 10.24 | 112.06 |
| 145162 | 09-12-16 | 646.00 | 40.00 | 193.80 | 8.00 | 112.48 | 876.28 | 211.20 | 61.44 | 679.64 |
| 145391 | 09-19-16 | 646.00 | 40.00 | | | 92.40 | 676.40 | 147.44 | 51.20 | 539.76 |
| 145613 | 09-26-16 | 701.60 | 40.00 | | | 91.20 | 754.80 | 171.09 | 76.40 | 545.31 |
| 145823 | 10-03-16 | 578.82 | 33.00 | | | 43.89 | 622.71 | 131.70 | 63.03 | 427.98 |
| 146058 | 10-10-16 | 561.28 | 32.00 | | | 42.56 | 603.84 | 126.41 | 61.12 | 416.31 |
| 146271 | 10-17-16 | 701.60 | 40.00 | 52.62 | 2.00 | 55.86 | 810.08 | 187.75 | 80.22 | 542.11 |
| 146495 | 10-24-16 | 701.60 | 40.00 | | | 53.20 | 754.80 | 171.08 | 76.40 | 507.32 |
| 146702 | 10-31-16 | 596.36 | 34.00 | | | 76.96 | 673.32 | 146.52 | 64.94 | 461.86 |
| 146888 | 11-07-16 | 701.60 | 40.00 | 157.86 | 6.00 | 61.18 | 920.64 | 229.99 | 87.86 | 602.79 |
| 147132 | 11-14-16 | 561.28 | 32.00 | 776.15 | 26.50 | 77.81 | 1,415.24 | 444.35 | 111.74 | 859.15 |
| 147337 | 11-21-16 | 613.90 | 35.00 | | | 46.55 | 660.45 | 142.63 | 66.85 | 450.97 |
| 147596 | 11-28-16 | 491.12 | 28.00 | 78.93 | 3.00 | 41.23 | 611.28 | 128.50 | 59.21 | 423.57 |
| 147822 | 12-05-16 | 701.60 | 40.00 | | | 53.20 | 754.80 | 171.07 | 76.40 | 507.33 |
| 148043 | 12-12-16 | 561.28 | 32.00 | | | 42.56 | 603.84 | 126.42 | 61.12 | 416.30 |
| 148247 | 12-19-16 | 701.60 | 40.00 | | | 53.20 | 754.80 | 171.08 | 76.40 | 507.32 |
| 148479 | 12-26-16 | 666.52 | 38.00 | 280.64 | 8.00 | 61.18 | 1,008.34 | 267.13 | 87.86 | 653.35 |
| 148520 | 12-26-16 | 140.32- | 8.00- | 210.48 | 8.00 | | 70.16 | 6.00 | | 64.16 |
| 148664 | 01-02-17 | 420.96 | 24.00 | | | 107.40 | 528.36 | 104.82 | 45.84 | 377.70 |
| 148852 | 01-09-17 | 552.51 | 31.50 | | | 41.90 | 594.41 | 123.28 | 60.17 | 410.96 |
| 149050 | 01-16-17 | 701.60 | 40.00 | 52.62 | 2.00 | 55.86 | 810.08 | 186.95 | 80.22 | 542.91 |
| 149307 | 01-23-17 | 561.28 | 32.00 | | | 42.56 | 603.84 | 125.89 | 61.12 | 416.83 |
| 149449 | 01-30-17 | 701.60 | 40.00 | | | 53.20 | 754.80 | 170.29 | 76.40 | 508.11 |
| 149664 | 02-06-17 | 701.60 | 40.00 | | | 53.20 | 754.80 | 170.28 | 76.40 | 508.12 |
| 201156 | 02-13-17 | 841.92 | 48.00 | | | 63.84 | 905.76 | 221.74 | 91.68 | 592.34 |
| | 02-13-17 | 140.32- | 8.00- | 210.48 | 8.00 | | 70.16 | 6.00 | | 64.16 |
| **Employee Totals** | | 14,838.51 | 855.50 | 2,013.58 | 71.50 | 1,451.58 | 18,127.67 | 4,172.42 | 1,698.58 | 12,432.67 |
| **Report Totals** | | 14,838.51 | 855.50 | 2,013.58 | 71.50 | 1,451.58 | 18,127.67 | 4,172.42 | 1,698.58 | 12,432.67 |

V = Voided Check



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

🔊 Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

🖰 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

FREDDY RODRIGUEZ
3600 ARROYO SECO AVE
LOS ANGELES, CA  90065-2408

## Your BofA Core Checking

for December 22, 2016 to January 23, 2017          Account number: 3250 3954 0876

**FREDDY RODRIGUEZ**

### Account summary

| | |
|---|---:|
| Beginning balance on December 22, 2016 | $5.00 |
| Deposits and other additions | 485.00 |
| Withdrawals and other subtractions | -452.41 |
| Checks | -0.00 |
| Service fees | -5.00 |
| **Ending balance on January 23, 2017** | **$32.59** |

---

### Here's a tip

Don't miss important account notifications — keep your contact information updated.

It's quick and easy to keep your phone number, email and mailing address up to date. Go to **Profile & Settings** and review your information. You'll help make sure you receive all of your notices and help stay on top of your account.

**Is your contact info up to date? Check now in Online Banking at bankofamerica.com.**

©2016 Bank of America Corporation                              SSM-06-16-0154.C | ARJLMSYH

# Bank of America

**Your checking account**

FREDDY RODRIGUEZ   |   Account # 3250 3954 0876   |   December 22, 2016 to January 23, 2017

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 12/30/16 | Online Banking transfer from CHK 9456 Confirmation# 2115258524 | 35.00 |
| 01/10/17 | Online Banking transfer from CHK 9456 Confirmation# 2302337289 | 50.00 |
| 01/17/17 | Online Banking transfer from CHK 9456 Confirmation# 3244797029 | 400.00 |
| **Total deposits and other additions** | | **$485.00** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 01/03/17 | CHECKCARD  1230 Netflix.com Netflix.com  CA 24906416365034107468168 RECURRING | -11.99 |
| 01/03/17 | Online Banking payment to CRD 0509 Confirmation# 0649343074 | -25.00 |
| 01/11/17 | BEST BUY        DES:PAYMENT    ID:132221296234004  INDN:FREDDY RODRIGUEZ        CO ID:CITICTP    WEB | -25.00 |
| 01/17/17 | Online Banking transfer to CHK 9456 Confirmation# 2353126761 | -50.00 |
| 01/17/17 | ONEMAINFINANCIAL DES:LOAN PAYMT ID:670501090196857  INDN:FREDDY RODRIGUEZ        CO ID:1274397485 PPD | -310.42 |
| 01/18/17 | Online Banking transfer to CHK 9456 Confirmation# 5474949890 | -30.00 |
| **Total withdrawals and other subtractions** | | **-$452.41** |

Thank you for choosing Bank of America.

SSM-08-16-0162.C  |  ARRNPKDC

FREDDY RODRIGUEZ   |   Account # 3250 3954 0876   |   December 22, 2016 to January 23, 2017

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $70.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**To help avoid overdraft and returned item fees, you can set up:**

Customized alerts – get email or text message alerts (footnote 1) to let you know if your balance is low

Overdraft Protection – enroll to help protect yourself from overdrafts and declined transactions

To enroll, go to bankofamerica.com/online, call us at the number listed on this statement, or come see us at your nearest financial center.

(footnote 1) Alerts received as text messages on your mobile access device may incur a charge from your mobile access service provider. This feature is not available on the Mobile website. Wireless carrier fees may apply.

| Date | Transaction description | Amount |
|---|---|---|
| 01/20/17 | Replacement ATM or Debit Card Fee | -5.00 |

**Total service fees**                                                                                     **-$5.00**

*Note your Ending Balance already reflects the subtraction of Service Fees.*


**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

FREDDY RODRIGUEZ
3600 ARROYO SECO AVE
LOS ANGELES, CA 90065-2408

**Customer service information**

🔊 Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

📲 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your BofA Core Checking

for January 24, 2017 to February 17, 2017

Account number: 3250 3954 0876

**FREDDY RODRIGUEZ**

## Account summary

| | |
|---|---|
| Beginning balance on January 24, 2017 | $32.59 |
| Deposits and other additions | 2,035.95 |
| Withdrawals and other subtractions | -2,000.62 |
| Checks | -0.00 |
| Service fees | -2.50 |
| **Ending balance on February 17, 2017** | **$65.42** |

## PUT DOWN LIMITS.
## PICK UP HOPE.

Join us in celebrating Special Olympics athletes as they represent the United States at the World Winter Games in Austria March 14 to 25.

Together we can put down limits, **#pickuphope** and build a more inclusive world. Learn more at **bankofamerica.com/supportinginclusion**.

**Bank of America**

Premier Sponsor of Special Olympics USA

**SPECIAL OLYMPICS**
**USA**

Bank of America, N.A. ©2017 Bank of America Corporation

SSM-11-16-0077.B | ARDCMD36

**Bank of America** 🇺🇸

**Your checking account**

FREDDY RODRIGUEZ   |   Account # 3250 3954 0876   |   January 24, 2017 to February 17, 2017

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| 01/30/17 | BKOFAMERICA ATM 01/28 #000004139 DEPOSIT LINCOLN HEIGHTS    LOS ANGELES   CA | 416.83 |
| 02/06/17 | FRANCHISE TAX BD DES:CASTTAXRFD ID:XXXXXXXXX INDN:FREDDY RODRIGUEZ          CO ID:9282532045 PPD | 801.00 |
| 02/10/17 | BKOFAMERICA ATM 02/10 #000005284 DEPOSIT LINCOLN HEIGHTS    LOS ANGELES   CA | 508.12 |
| 02/14/17 | Online Banking transfer from CHK 9456 Confirmation# 1404964309 | 310.00 |
| **Total deposits and other additions** | | **$2,035.95** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 01/30/17 | BKOFAMERICA ATM 01/28 #000005385 WITHDRWL LINCOLN HEIGHTS    LOS ANGELES   CA | -200.00 |
| 02/06/17 | LA CURACAO      02/05 #000072874 PURCHASE LA CURACAO        LOS ANGELES   CA | -889.70 |
| 02/10/17 | Online Banking transfer to CHK 9456 Confirmation# 1275751563 | -50.00 |
| 02/10/17 | BEST BUY         DES:PAYMENT    ID:112247506839638 INDN:FREDDY RODRIGUEZ        CO ID:CITICTP    WEB | -27.00 |
| 02/13/17 | Cardtronics CC 02/11 #000192169 WITHDRWL 2601 FIGUEROA BLV LOS ANGELES   CA | -202.50 |
| 02/13/17 | Online Banking transfer to CHK 9456 Confirmation# 1387732197 | -120.00 |
| 02/13/17 | BKOFAMERICA ATM 02/12 #000005111 WITHDRWL HIGHLAND PARK       LOS ANGELES   CA | -140.00 |
| 02/13/17 | TOYSRUS MC       DES:TRU EPAY  ID:1247674034 INDN:     5243631017909456 CO ID:9130142001 WEB | -61.00 |
| 02/15/17 | ONE MAIN PAYM    DES:LOAN PAYMT ID:428020219696 INDN:RODRIGUEZ,,FREDDY,        CO ID:9300365400 PPD | -310.42 |
| **Total withdrawals and other subtractions** | | **-$2,000.62** |

Read our article online:

## "How much do I *really* need to save for retirement?"

Find out if you're saving enough at **merrilledge.com/howmuch**

MERRILL
EDGE
Bank of America
Corporation

Merrill Edge® is available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), and consists of the Merrill Edge Advisory Center™ (investment guidance) and self-directed online investing. MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of Bank of America Corporation. Merrill Lynch, Merrill Edge, the Merrill Edge logo, and Merrill Edge Advisory Center are trademarks of Bank of America Corporation.

| Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value | ARPGXDQ5 | SSM-11-16-0060.B |

FREDDY RODRIGUEZ  |  Account # 3250 3954 0876  |  January 24, 2017 to February 17, 2017

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 02/13/17 | Cardtronics CC  02/11 #000192169 WITHDRWL 2601 FIGUEROA BLV  LOS ANGELES  CA  FEE | -2.50 |

**Total service fees** **-$2.50**

*Note your Ending Balance already reflects the subtraction of Service Fees.*



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

🔊 Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

↖ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

FREDDY RODRIGUEZ
3600 ARROYO SECO AVE
LOS ANGELES, CA 90065-2408

## Your BofA Core Checking

for February 18, 2017 to March 23, 2017          Account number: 3250 3954 0876

**FREDDY RODRIGUEZ**

## Account summary

| | |
|---|---:|
| Beginning balance on February 18, 2017 | $65.42 |
| Deposits and other additions | 6,045.89 |
| Withdrawals and other subtractions | -5,890.70 |
| Checks | -0.00 |
| Service fees | -2.50 |
| **Ending balance on March 23, 2017** | **$218.11** |

---

**Here's a tip**

Sending money is quick and easy

Use Mobile or Online Banking to send or transfer money:
• Between your Bank of America® bank accounts
• To and from your accounts at other banks
• To someone else

**For more information, including step-by-step videos, go to bankofamerica.com/transfers**.

Fees apply to wires and certain transfers. See the Online Banking Service Agreement at bankofamerica.com/serviceagreement for details. Data connection required for online and mobile transfers. Wireless carrier fees may apply. ©2017 Bank of America Corporation          SSM-11-16-0483.B | ARFPRPTP

---

**Bank of America** 🇺🇸

**Your checking account**

FREDDY RODRIGUEZ | Account # 3250 3954 0876 | February 18, 2017 to March 23, 2017

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| 02/22/17 | IRS TREAS 310 DES: TAX REF ID:603868253200989 INDN:RODRIGUEZ, FREDDY CO ID:9111736946 PPD | 3,674.00 |
| 02/27/17 | BKOFAMERICA ATM 02/25 #000001356 DEPOSIT LINCOLN HEIGHTS LOS ANGELES CA | 632.80 |
| 03/01/17 | BKOFAMERICA ATM 03/01 #000003136 DEPOSIT LINCOLN HEIGHTS LOS ANGELES CA | 64.16 |
| 03/02/17 | BKOFAMERICA ATM 03/02 #000008171 DEPOSIT LINCOLN HEIGHTS LOS ANGELES CA | 508.11 |
| 03/13/17 | BKOFAMERICA ATM 03/11 #000007789 DEPOSIT LINCOLN HEIGHTS LOS ANGELES CA | 416.82 |
| 03/15/17 | Online Banking transfer from CHK 9456 Confirmation# 2558037514 | 150.00 |
| 03/20/17 | Online Banking transfer from CHK 9456 Confirmation# 3285700182 | 600.00 |

**Total deposits and other additions** **$6,045.89**

## Withdrawals and other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 02/21/17 | Online Banking transfer to CHK 9456 Confirmation# 2545016634 | -40.00 |
| 02/23/17 | CA TLR cash withdrawal from CHK 0876 | -1,800.00 |
| 02/27/17 | CHECKCARD 0225 MCDONALD'S F11377 LOS ANGELES CA 24427337057710025932440 | -24.11 |
| 02/27/17 | BKOFAMERICA ATM 02/25 #000001353 WITHDRWL LINCOLN HEIGHTS LOS ANGELES CA | -400.00 |
| 02/27/17 | ROSS STORE #46 02/26 #000193499 PURCHASE ROSS STORE #466 GLENDALE CA | -286.87 |
| 03/01/17 | BKOFAMERICA ATM 03/01 #000003133 WITHDRWL LINCOLN HEIGHTS LOS ANGELES CA | -600.00 |
| 03/01/17 | Online Banking transfer to CHK 9456 Confirmation# 3339163065 | -200.00 |
| 03/01/17 | CA TLR cash withdrawal from CHK 0876 | -920.00 |
| 03/02/17 | CHECKCARD 0301 MCDONALD'S F4373 COMMERCE CA 24427337060720063912944 | -19.05 |
| 03/02/17 | CHEVRON/G&M OI 03/02 #000267499 PURCHASE CHEVRON/G&M OIL C LOS ANGELES CA | -40.00 |
| 03/03/17 | Online Banking transfer to CHK 9456 Confirmation# 2258425024 | -100.00 |
| 03/06/17 | CHECKCARD 0302 MCDONALD'S F11377 LOS ANGELES CA 24427337062710024786097 | -28.42 |
| 03/06/17 | CHECKCARD 0303 SERGIO'S BARBER SHOP LOS ANGELES CA 24692167063000950927511 | -29.00 |

continued on the next page

Here's a tip

Sending money is quick and easy

**Use Mobile or Online Banking to send or transfer money:**
- Between your Bank of America® bank accounts
- To and from your accounts at other banks
- To someone else

**For more information, including step-by-step videos, go to bankofamerica.com/transfers.**

Fees apply to wires and certain transfers. See the Online Banking Service Agreement at bankofamerica.com/serviceagreement for details. Data connection required for online and mobile transfers. Wireless carrier fees may apply. ©2017 Bank of America Corporation          SSM-11-16-0483.B | ARFPRPTP

FREDDY RODRIGUEZ   |   Account # 3250 3954 0876   |   February 18, 2017 to March 23, 2017

## Withdrawals and other subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| 03/06/17 | CHECKCARD  0304 CARL'S JR #7625 LOS ANGELES  CA 24431057064286988902083 | -26.05 |
| 03/06/17 | PEPBOYS STORE  03/05 #000852492 PURCHASE PEPBOYS STORE # 8  LOS ANGELES  CA | -26.08 |
| 03/06/17 | CHEVRON/G&M OI  03/05 #000401675 PURCHASE CHEVRON/G&M OIL C LOS ANGELES  CA | -40.00 |
| 03/07/17 | CHECKCARD  0306 CURACAO.COM 213-386-4412 CA 24055237066207602800074 | -92.07 |
| 03/08/17 | ARCO #42730 AM  03/08 #000441740 PURCHASE ARCO #42730 AMPM  LOS ANGELES  CA | -40.35 |
| 03/09/17 | CHECKCARD  0308 YUM YUM DONUTS # 1 LOS ANGELES  CA 24224437068101025316943 | -5.11 |
| 03/10/17 | CHECKCARD  0308 MCDONALD'S M5426 OF CA LOS ANGELES  CA 24427337068710038430280 | -8.46 |
| 03/10/17 | CHECKCARD  0309 CITY OF LA DOT PVB PBPH 866-5619742  CA 24755427068160683699006 | -75.00 |
| 03/10/17 | CVS/PHARM 0966  03/10 #000222082 PURCHASE CVS/PHARM 09666-- Los Angeles  CA | -8.69 |
| 03/10/17 | BEST BUY       DES:PAYMENT   ID:132271424381147 INDN:FREDDY RODRIGUEZ       CO<br>ID:CITICTP    WEB | -27.00 |
| 03/13/17 | CHECKCARD  0310 YUM YUM DONUTS # 1 LOS ANGELES  CA 24224437070101028329923 | -7.51 |
| 03/13/17 | BKOFAMERICA ATM 03/11 #000007790 WITHDRWL LINCOLN HEIGHTS    LOS ANGELES  CA | -100.00 |
| 03/13/17 | CHECKCARD  0311 MCDONALD'S F11377 LOS ANGELES  CA 24427337071710026107010 | -25.52 |
| 03/13/17 | CHEVRON/G&M OI  03/13 #000599079 PURCHASE CHEVRON/G&M OIL C LOS ANGELES  CA | -45.57 |
| 03/13/17 | TOYSRUS MC       DES:TRU EPAY  ID:1269945281 INDN:      5243631017909456 CO<br>ID:9130142001 WEB | -57.00 |
| 03/15/17 | CHECKCARD  0314 ALLIANCE UNTD INSURANCE 866-530-5500 CA 24431067073200059707717 | -117.77 |
| 03/15/17 | ONE MAIN PAYM   DES:LOAN PAYMT ID:428020219696 INDN:RODRIGUEZ,,FREDDY,      CO<br>ID:9300365400 PPD | -310.42 |
| 03/20/17 | CHECKCARD  0318 FERNANDOS TACO INN LOS ANGELES  CA 24493987077206182700149 | -8.40 |
| 03/20/17 | CHEVRON/G&M OI  03/18 #000845207 PURCHASE CHEVRON/G&M OIL C LOS ANGELES  CA | -30.00 |
| 03/20/17 | Pepe s Drive I  03/18 #000171616 WITHDRWL 3810 N Figueroa  Los Angeles  CA | -42.25 |
| 03/21/17 | CHEVRON/G&M OI  03/21 #000111004 PURCHASE CHEVRON/G&M OIL C LOS ANGELES  CA | -30.00 |
| 03/21/17 | Online Banking transfer to CHK 9456 Confirmation# 2213346398 | -60.00 |
| 03/22/17 | Online Banking transfer to CHK 9456 Confirmation# 1120067578 | -130.00 |
| 03/23/17 | Online Banking transfer to CHK 9456 Confirmation# 1423844597 | -60.00 |
| 03/23/17 | BK OF AM CRD ACH DES:PAYBYPHONE ID: 1943864  INDN:4400660874080509000000 CO<br>ID:3001190310 PPD | -30.00 |

**Total withdrawals and other subtractions**                                   **-$5,890.70**

**Bank of America** ⬗

**Your checking account**

FREDDY RODRIGUEZ   |   Account # 3250 3954 0876   |   February 18, 2017 to March 23, 2017

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 03/20/17 | Pepe s Drive l  03/18 #000171616 WITHDRWL 3810 N  Figueroa   Los Angeles   CA   FEE | -2.50 |

**Total service fees** **-$2.50**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### \*\*\*MODIFIED\*\*\*

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | Plaintiff, | ) | **CRIMINAL CASE NO.17CR0915-BAS** |
| v. | | ) | |
| BAUDELIO RODRIGUEZ | | ) | **ORDER AND CONDITIONS OF PRETRIAL** |
| | Defendant. | ) | **RELEASE: BAIL** (18 U.S.C. § 3142(c)) |

A hearing was held to determine pretrial conditions of release of the defendant pursuant to 18 U.S.C. § 3142. The Federal Judge determined an unconditional release pursuant to 18 U.S.C.§ 3142(b) is not sufficient to assure the appearance of the defendant and the safety of the community. Thus, conditions of pretrial release are necessary pursuant to 18 U.S.C.§ 3142(c). ***Good cause appearing***, IT IS ORDERED that the defendant shall be released subject to the condition that the defendant: *(a) not commit a federal, state or local crime during the period of release, (b) make all court appearances and (c) comply with the conditions itemized below, as indicated by (√), in accordance with 18 U.S.C.§ 3142(c)(2):*

## STANDARD CONDITIONS:
√ 1. restrict travel to ❑ San Diego County, ☒ Southern District of California, ❑ Central District of California, ❑ State of California, ❑ United States, ☒ do not enter Mexico,❑ other:_____;

√ 2. report for supervision to Pretrial Services Agency (PSA) as directed by the assigned PSO and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the court;

√ 3. not possess or use any narcotic drug or controlled substance, (defined in 21 U.S.C. § 802), without a lawful medical prescription;

√ 4. not possess any firearm, dangerous weapon or destructive device during the pendency of the case;

√ 5. read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Form;

√ 6. provide a current residence address and phone number prior to release and keep it current while case pending.

## ADDITIONAL CONDITIONS:
___ 7. Comply with all government agency conditions to be able to legally remain in the United States during pendency of the proceedings;

___ 8. submit to treatment, and/or testing, at the discretion of the pretrial officer assigned to your case, no more than___times per month, for: ❑ drugs or alcohol, and/or ❑ psychiatric or psychological counseling;

___ 9. the defendant shall be monitored by the form of location monitoring indicated below and abide by all technology requirements under the following components. Defendant and sureties are responsible for all equipment associated with this program including loss or damage.
1) ❑ a Global Positioning System (GPS) ❑ RF Monitoring ❑ Voice Recognition
2) ❑ Home Incarceration ❑ Home Detention ❑ Curfew – Remain at your residence every day from _____A.M./P.M. to _____ A.M./P.M. ❑ or as directed by the Pretrial Services Officer; ❑ defendant shall pay all or part of the costs of monitoring as directed by the court and/or the Pretrial Services Officer; ❑ Defendant to be released to PSA custody the following business day by 10:00 a.m. ;

___ 10. actively seek and maintain full-time employment, schooling, or combination of both;

√ 11. execute a personal appearance bond in the amount of $ 15,000 secured by:
❑ a trust deed to the United States on real estate approved by a Federal Judge;
☒ the co-signatures of BROTHER + SISTER financially responsible (related) adults,
❑ Nebbia hearing ❑ Exam of Sureties ☒ other: 20% CASH DEPOSIT_____

___ 12. provide the court with: ❑ a cash bond and/or ❑ execute a bail bond by an approved solvent corporate surety in the amount of $_____that covers ALL conditions of release (not just appearances).

___ 13. 18 U.S.C.§ 3142(d) hold until_____; if no detainer is lodged by then, these conditions take effect;

___ 14. clear all warrants/FTAs and pay all fines within_____days of release;

___ 15. Defendant is to reside with_____or defendant's residence be approved by PTS;

___ 16. Defendant to surrender any valid passport and may not apply for new travel documents.

√ 17. all conditions previously set will remain the same.

___ 18. Other conditions:_____

DATED:  4/13/2017

FILED

APR 1 3 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

_____
Federal Judge, Mitchell D. Dembin

Form Crim-49b(CASD Rev. 4/14)

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS090319
Cashier ID: nsiefken
Transaction Date: 04/13/2017
Payer Name: sty: Ivonne Rodriguez
------------------------------------
TREASURY REGISTRY
 For: Baudelio Rodriguez
 Case/Party: D-CAS-3-17-MJ-000811-001
 Amount:        $3,000.00
------------------------------------
CHECK
 Check/Money Order Num: 842405874
 Amt Tendered:  $1,500.00
CHECK
 Check/Money Order Num: 842405813
 Amt Tendered:  $1,500.00
------------------------------------
Total Due:      $3,000.00
Total Tendered: $3,000.00
Change Amt:     $0.00


There will be a fee of $53.00
charged for any returned check.
```